```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

Timothy R. Gagne

    v.                                        Case No. 23-cv-403-SM

Barrington Police Department, et al

## ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Talesha L. Saint-Marc dated January 24, 2025, for the reasons set forth therein.

    **So Ordered.**

_____
Steven J. McAuliffe
United States District Judge

Date: February 20, 2025

cc:   Timothy R. Gagne, pro se
       Counsel of Record