UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Timothy R. Gagne

v. Case No. 23-cv-403-LM-TSM

Barrington Police Department et al.

ORDER

After due consideration of the objection and response filed, I herewith approve the Report and Recommendation of Magistrate Judge Talesha L. Saint-Marc dated June 26, 2026, for the reasons set forth therein. Mr. Gagne's Motion for Summary Judgment (doc. no. 73) is denied. Defendants' Motions for Summary Judgment (doc. nos. 67, 69 & 71) are granted. The Court declines to exercise supplemental jurisdiction over the state law claims and dismisses those claims for lack of subject matter jurisdiction.

The Clerk is directed to enter judgment and close the case.

____________________________
Landya B. McCafferty
United States District Judge

Date: September 2, 2026

cc: Timothy R. Gagne, pro se
Counsel of Record